# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134351

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BASHAR FARRAJ,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134351
COA: 264235
Macomb CC: 2004-000440-FC

On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830